FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 08 2019 ★

LONG ISLAND OFFICE

# COUNTY OF SUFFOLK



### SUFFOLK COUNTY CLERK'S OFFICE

### JUDITH A. PASCALE
SUFFOLK COUNTY CLERK
*WWW.SUFFOLKCOUNTYNY.GOV*
Court Actions
631-852-2000 ext. 859

Date: 4/8/19

To whom it may concern:

Please find a Certified Copy of our Clerk's Minutes for the E-filed Supreme Court case, Index # 62174/18 _____, along with a copy of the Notice of Removal or 8019(c) with order.

Since the above mentioned case is E-filed, there are no hard copies of the documents. If you need hard copies of the case, please refer to the Attorneys representing the parties who should be able to furnish your office with such copies.

If you have any questions, please call the number at the top of this page.

Thank you,


Tracy Lorenz
Principle Clerk Typist
E-filing Coordinator


19CV1976(SJF)(GRB)



# COUNTY CLERK'S OFFICE
## STATE OF NEW YORK
### COUNTY OF SUFFOLK

I, JUDITH A. PASCALE, Clerk of the County of Suffolk and the Court of Record thereof do hereby certify that I have compared the annexed with the original **CLERKS MINUTES (NYSCEF)**

filed in my office on    **4/8/2019**         **EDNY**

and, that the same is a true copy thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this  **4/8/2019 3:06:.**

SUFFOLK COUNTY CLERK

*Judith A. Pascale*

JUDITH A. PASCALE

SEAL



NYSCEF  
Suffolk County Supreme Court

**Document List**  
**Index #  621974/2018**

Created on:04/08/2019 03:02 PM

Case Caption:   PATRICK REGAN - v. - MIDLAND CREDIT MANAGEMENT, INC.  
Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS WITH NOTICE | Processed | 11/07/2018 | Pashkin, M. |
| 2 | EXHIBIT(S)<br>Collection Letter | Processed | 11/07/2018 | Pashkin, M. |
| 3 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/11/2019 | Pashkin, M. |
| 4 | NOTICE OF REMOVAL / REMAND (PRE RJI)<br>Notice of Filing of Notice of Removal | Processed | 04/05/2019 | Corwin, M. |
| 5 | NOTICE OF REMOVAL / REMAND (PRE RJI)<br>Notice of Removal | Processed | 04/05/2019 | Corwin, M. |
| 6 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 04/05/2019 | Corwin, M. |


SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

PATRICK REGAN, on behalf of himself and all others similarly situated,

        Plaintiff,

- against –

MIDLAND CREDIT MANAGEMENT, INC.,

        Defendant.

Index No. 621974/2018

**NOTICE OF FILING OF
NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that on April 5, 2019, Defendant Midland Credit Management, Inc. filed a Notice of Removal of this action from the Supreme Court of the State of New York, County of Suffolk, where it is now pending, to the United States District Court for the Eastern District of New York, a copy of which is attached.

Dated: New York, New York
       April 5, 2019

                            HINSHAW & CULBERTSON LLP
                            *Attorneys for Defendant*
                            *Midland Credit Management, Inc.*

By:   *s/Matthew B. Corwin*
      Matthew B. Corwin
      800 Third Avenue, 13th Floor
      New York, NY 10022
      Tel: (212) 471-6200
      Fax: (212)935-1166
      Email: mcorwin@hinshawlaw.com

TO:   Mitchell L. Pashkin, Esq.
      *Attorneys for Plaintiff*
      775 Park Avenue, Ste. 255
      Huntington, New York 11743
      Tel: (631) 335-1107
      Email: mpash@verizon.net

303495026v1 A4226